**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

|                            |   |                            |
|----------------------------|---|----------------------------|
| **WILBUR BARNES,**         | : |                            |
|                            | : |                            |
| **Petitioner**             | : |                            |
|                            | : |                            |
| **v.**                     | : | **CASE NO.  7:05-CV-57 (HL)** |
|                            | : |                            |
| **DONALD BARROW, Warden,**  | : |                            |
|                            | : |                            |
| **Respondent**             | : |                            |

**ORDER ON REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

The Recommendation of the United States Magistrate Judge (Doc. 12) filed February 3, 2006  has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed by the plaintiff within the time allowed.

**SO ORDERED,** this the 9th day of March, 2006.

**s/ Hugh Lawson**
**HUGH LAWSON, Judge**
**United States District Court**